DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
) Case No. 21-51086 MEH
KATHLEEN DUMAS )
)
) **NOTICE OF UNCLAIMED DIVIDEND**
) Claimant:
) KATHLEEN DUMAS
)
Debtor )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, unclaimed funds in the amount of $2,250.00. The name and last known address of the claimant entitled to the unclaimed dividend is as follows:

Kathleen Dumas
11117 Flowering Pear Dr
Cupertino, CA 95014

Dated: June 02, 2022

/s/ Devin Derham-Burk

DEVIN DERHAM-BURK, TRUSTEE